IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ERICA CHANEY, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO.: |
| ) | 4:11-CV-142-CDL |
| v. ) | |
| ) | |
| TAYLOR COUNTY SCHOOL ) | |
| DISTRICT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants, Taylor County School District, Wayne Smith, Rufus Cullen Green and Cicero Latimore and move this Court for summary judgment as provided by Rule 56 of the Federal Rules of Civil Procedure in that there is no genuine issue as to any material fact and that Defendants are entitled to judgment as a matter of law. In support of their motion, Defendants rely upon the pleadings presently filed and the following additional material filed contemporaneously herewith:

- Affidavit of Jennifer Albritton
- Affidavit of Dory Bernard
- Affidavit of Mable Burk
- Affidavit of Eloise Coleman
- Affidavit of Rufus Green
- Affidavit of Valerie Harris
- Affidavit of Cicero Latimore
- Affidavit of Carol Norris

1

- Affidavit of Nancy Peacock

- Affidavit of Wayne Smith

- Deposition of Dory Bernard

- Deposition of Erica Chaney

- Deposition of Meigan Fields

- Deposition of Rufus Green

- Deposition of Cicero Latimore

- Deposition of Sandra Lockett

- Deposition of Joann Nobles

- Deposition of Wayne Smith

- Deposition of Jeff Watson

The grounds for this motion are more fully set forth in Defendants' Brief in Support of the Motion for Summary Judgment as well as in Defendants' Statement of Material Undisputed Facts.

Respectfully submitted this 15th day of April, 2013.

        HARBEN, HARTLEY & HAWKINS, LLP

        *s/Martha M. Pearson*
        Martha M. Pearson
        Georgia Bar No. 569375
        Phillip L. Hartley
        Georgia Bar No. 333987

Wells Fargo Center, Suite 750
340 Jesse Jewell Parkway     ATTORNEYS FOR DEFENDANTS
Gainesville, GA 30501     TAYLOR COUNTY SCHOOL DISTRICT,
Telephone: (770) 534-7341     WAYNE SMITH, RUFUS CULLEN GREEN
Facsimile:  (770) 532-0399     AND CICERO LATIMORE
E-Mail:     phartley@hhhlawyers.com
        mpearson@hhhlawyers.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| ERICA CHANEY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| | ) | 4:11-CV-142-CDL |
| v. | ) | |
| | ) | |
| TAYLOR COUNTY SCHOOL DISTRICT, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2013, I electronically filed the *Defendants' Motion for Summary Judgment* with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

        Matthew C. Billips - billips@bandblawyers.com
        Meredith J. Carter - carter@bandblawyers.com


        HARBEN, HARTLEY & HAWKINS, LLP

        *s/Martha M. Pearson*

Wells Fargo Center, Suite 750    Martha M. Pearson
340 Jesse Jewell Parkway    Georgia Bar No. 569375
Gainesville, Georgia 30501
Telephone: (770) 534-7341    ATTORNEY FOR DEFENDANTS
Facsimile:  (770) 532-0399    TAYLOR COUNTY SCHOOL DISTRICT,
        WAYNE SMITH, RUFUS CULLEN GREEN
        AND CICERO LATIMORE